### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DAVID SOPRYCH, individually and on behalf of class, v. BEVERAGE SOLUTIONS, INC., d/b/a 4 seasonwine.com, a Delaware corporation, and DOES 1-10, | FILED APRIL 14, 2008          YM 08CV2113 JUDGE GUZMAN MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFF DAVID SOPRYCH

| | |
|---|---|
| NAME (Type or print) JOHN P. PALUMBO | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/  John P. Palumbo | |
| FIRM Cray Huber Horstman Heil & VanAusdal LLC | |
| STREET ADDRESS 303 W. Madison Street, Suite 2200 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6287338 | TELEPHONE NUMBER (312) 332-8450 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☑   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |