**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| DAVID SOPRYCH, individually and on behalf of class, v. BEVERAGE SOLUTIONS, INC., d/b/a 4 seasonwine.com, a Delaware corporation, and DOES 1-10, | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFF DAVID SOPRYCH

FILED
APRIL 14, 2008     YM
08CV2113
JUDGE GUZMAN
MAGISTRATE JUDGE KEYS

| NAME (Type or print) |
|---|
| Stephen W. Heil |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Stephen W. Heil |
| FIRM |
| Cray Huber Horstman Heil & VanAusdal LLC |
| STREET ADDRESS |
| 303 W. Madison Street, Suite 2200 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204266 | (312) 332-8450 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐