AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

David Soprych

V.

Beverage Solutions, Inc., et al.

CASE NUMBER: 1:08-cv-02113

ASSIGNED JUDGE: Honorable Ronald A. Guzman

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Beverage Solutions, Inc.
c/o Registered Agent
CT Corporation System
208 South LaSalle Street
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John P. Palumbo
Cray Huber Horstman Heil & VanAusdal LLC
303 W. Madison Street, Suite 2200
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 2 0 2008

DATE

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

David Soprych

vs.

Beverage Solutions, Inc., et al.

Case Number 08 CV 2113

### AFFIDAVIT OF SERVICE

I, Ryan Gatz, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 21 day of May, 2008, at 02:20 PM at 208 S. LaSalle St. #814, Chicago, IL 60604, did serve the following document(s):

**Summons and Complaint**

Upon: **Beverage Solutions, Inc. c/o Registered Agent c/o CT Corporate System**

By: ☑ Personally serving to: Dawn Schulz-Process Of Specialist

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 208 S. LaSalle St. #814, Chicago, IL 60604 on

| Description: | Sex | **Female** | Race | **White** | Approximate Age | **55** |
|---|---|---|---|---|---|---|
| | Height | **5'5** | Weight | **195** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Ryan Gatz
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101